BIDDLE, ADMINISTRATRIX *v.* BOWSER ET AL.

No. 159.   Decided October 14, 1968.

*Downey Rice* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

BROWN ET AL. *v.* RESOR, SECRETARY OF THE ARMY.

No. 133, Misc.   Decided October 14, 1968.

*Charles Morgan, Jr., Morris Brown, Benjamin E. Smith,* and *Melvin L. Wulf* for petitioners.

*Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Carafas* v. *LaVallee,* 391 U. S. 234.